# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 07-05252 JCS**

**CASE NAME:** VIAN CHARBONNEAU v. THE PATRICK M. CORBETT LAW OFFICE

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** January 25, 2008    **TIME:** 1 min | **COURT REPORTER:** FTR 1:39-1:40 |
| **COUNSEL FOR PLAINTIFF:** <br>No Appearance | **COUNSEL FOR DEFENDANT:** <br>No Appearance |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Initial Case Management Conference | Not held. |

**ORDERED AFTER HEARING:**
Order to Show Cause shall issue why this case should not be dismissed for failure to prosecute and failure to appear as ordered by the Court.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**   02/15/08 at 1:30 p.m., for Show Cause Hearing and Case Management Conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ( )Jury   ( )Court    Set for    days | | |

**cc:**    Chambers; Karen
* (T) = Telephonic Appearance