Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Vian Charbonneau

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAN CHARBONNEAU, <br><br> Plaintiff, <br><br> v. <br><br> THE PATRICK M. CORBETT LAW OFFICE, A COMPANY, AND PATRICK CORBETT, AN INDIVIDUAL, AND SOUTHERN TIER AGENCY, A COMPANY, <br><br> Defendant. | Case No.: C 07 5252 JCS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Pro 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice on the merits.

Dated: January 25, 2008

Respectfully submitted,
**HYDE & SWIGART**

By: _/S/ ROBERT L. HYDE_
Robert L. Hyde, Esq.
Attorney for Plaintiff