Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Vian Charbonneau

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIAN CHARBONNEAU,**<br>PLAINTIFF,<br>V.<br>**THE PATRICK M. CORBETT LAW OFFICE,**<br>DEFENDANT. | **Case No.: C 07-05252 JCS**<br>**REQUESTS TO APPEAR TELEPHONICALLY AND DECLARATION OF JOSHUA B. SWIGART IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**<br>**HON. JOSEPH C. SPERO**<br>**Date: 2/15/08**<br>**Time: 1:15 P.M.** |

**TO THE HONORABLE COURT:**

Plaintiff's counsel hereby request that Plaintiff's counsel be permitted to appear at the Case Management Conference and Order to Show Cause scheduled for February 15, 2008 at 1:15 p.m. in the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California. Good cause exists because Plaintiff's counsel is located in San Diego California and can meaningfully participate in the Case Management Conference and Order to Show Cause via telephone. As set forth in the accompanying declaration of Joshua B. Swigart, this case was dismissed and should have been properly dismissed before the initial scheduled case management conference.

**DECLARATION OF PLAINTIFF'S COUNSEL,**

1. I am one of the attorneys for the Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Request for Telephonic Appearance and in response to the Court's Order to Show Cause. I am licensed to practice law before this court and all California State and federal courts. If called as a witness, I would competently testify to the matters herein from personal knowledge.

2. On October 15, 2007, the case was filed. In response, the Court scheduled a Case Management Conference to be held on January 25, 2008. Prior to the Case Management Conference Plaintiff's counsel made numerous attempts to serve the defendant, Patrick M. Corbett, and those attempts were unsuccessful.

3. After repeated attempts to serve the Defendant, an investigation was conducted and it was determined that the defendant is no longer in business. As a result, a decision was made to save expenses and time by dismissing this matter with prejudice until the entity could be located, if ever.

4. I prepared the dismissal for this action in late December and fully intended on filing the dismissal long before the date set for the case management conference. I advised my law partner, Robert L. Hyde, of this at that time.

5. Beginning January 1, 2008 my firm switched calendaring systems due to a new computer operating system. Great care was taken to assure that all upcoming dates and deadlines were transferred properly. These entries numbered in the hundreds.

6. While transferring court dates to the new calendar, Mr. Hyde did not enter the data for this matter because, based on my previous conversation with him, he assumed the case had been dismissed. As a

result, the deadlines in this matter were not transferred over to the new calendaring system. Subsequently, this office failed to note the scheduled Case Management Conference set by the Court.

7. I apologize to the Court for not filing the dismissal of this matter prior to the scheduled Case Management Conference. I hope that the filing of the dismissal for this action on the same day as the scheduled Case Management Conference, the day we realized our error, did not inconvenience the Court in any way.

8. Our office has had other actions in from of the Court in the past, and we have always appeared without incident. The Court can be assured this failure on our part was not intended to inconvenience the Court or demonstrate any lack of respect for its time.

9. I am more than willing to provide the Court additional explanation into the facts of this matter, if requested. I would, respectfully request that if an appearance is required on February 15, 2008, I be allowed to appear telephonically, as my office is located in San Diego, California.

I declare the forgoing under the penalty of perjury under the laws of the State of California.

Dated: February 8, 2008

**HYDE & SWIGART**

By: _/s/ Joshua B. Swigart___
Joshua B. Swigart
Attorney for Plaintiff

**ORDER**

Good cause being shown, it is hereby ordered that Plaintiff's counsel be permitted to appear at the Case Management Conference on February 15, 2008 by telephone.

Dated: _________, 2008

______________________________
**HON. JOSEPH C. SPERO**
UNITED STATES MAGISTRATE JUDGE