UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAN CHARBONNEAU, | Case No. 07-05252 JCS |
| Plaintiff(s), | |
| v. | **ORDER EXPUNGING ORDER TO SHOW CAUSE AND VACATING THE CASE MANAGEMENT CONFERENCE AND SHOW CAUSE HEARING** |
| THE PATRICK M. CORBETT LAW OFFICE, | |
| Defendant(s). | |

On January 25, 2008, Plaintiff failed to appear at the case management conference and the Court ordered that an Order to Show Cause issue with a return date of February 15, 2008, at 1:30 p.m. The Order to Show Cause was not issued since the Plaintiff filed a Notice of Voluntary Dismissal on the same day as the case management conference. Upon the filing of the dismissal, the above-entitled case was closed.

On February 8, 2008, Plaintiff filed a Request to Appear Telephonically and Declaration of Joshua B. Swigart in Response to the Court's Order to Show Cause.

IT IS HEREBY ORDERED THAT the Order to Show Cause is EXPUNGED. All pending dates before Judge Spero have been taken off calendar. Plaintiff's Request to Appear Telephonically is DENIED as moot.

IT IS SO ORDERED.

Dated: February 12, 2008

JOSEPH C. SPERO
United States Magistrate Judge